UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARLAND J. COLLINS,

        Plaintiff,                      Case No. 09-14355
                                                      HON. GEORGE CARAM STEEH

vs.

ST. JOHN MEDICAL CENTER,

        Defendant.

_____/

## ORDER DENYING MOTION FOR COURT RECORDS [#9]

By order dated November 11, 2009, this court dismissed *pro se* prisoner plaintiff Earland Collins' purported 42 U.S.C. § 1983 action for failure to state a claim upon which relief may be granted. On November 30, 2009, this court denied plaintiff's 'response to dismissal,' construing plaintiff's response as a motion for reconsideration.

Plaintiff now brings a motion requesting "complete discovery of all legal documents/responses towards [sic] [his] complaint, motion(s), notice(s) etc., so [he] can handle and proceed with [his] name case." Plaintiff argues that his court appointed attorney did not provide him with the documents he now requests. Plaintiff was never represented by an attorney in this matter, nor did the defendant file any pleading or discovery as the court dismissed this matter before defendant was served with a copy of plaintiff's complaint. Further, the court sent plaintiff all of the orders associated with his case. There can be no doubt that plaintiff received this court's November 16, 2009 order dismissing his complaint, as he filed a response to the court's order on November 23, 2009.

Plaintiff is not entitled to the relief he requests.

Accordingly,

Plaintiff's Motion Requesting Court Records is DENIED.

SO ORDERED.

Dated: June 30, 2010

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk